# EXHIBIT A DOE LIST

| | |
|---|---|
| **Doe # 1** | **IP Address:** 209.166.113.114 2007-11-26 11:02:38 EST |
| **Doe # 2** | **IP Address:** 209.166.113.12 2007-12-16 17:35:23 EST |
| **Doe # 3** | **IP Address:** 209.166.113.250 2007-12-02 10:07:17 EST |
| **Doe # 4** | **IP Address:** 209.166.113.36 2007-12-13 21:32:38 EST |
| **Doe # 5** | **IP Address:** 209.166.113.93 2007-11-15 05:58:06 EST |
| **Doe # 6** | **IP Address:** 209.166.115.120 2007-12-17 04:07:21 EST |
| **Doe # 7** | **IP Address:** 209.166.115.181 2007-12-02 01:38:22 EST |
| **Doe # 8** | **IP Address:** 209.166.115.186 2007-12-08 01:46:57 EST |
| **Doe # 9** | **IP Address:** 209.166.115.194 2007-11-19 01:20:42 EST |
| **Doe # 10** | **IP Address:** 209.166.115.239 2007-11-22 09:14:13 EST |
| **Doe # 11** | **IP Address:** 209.166.115.240 2007-11-07 18:49:24 EST |
| **Doe # 12** | **IP Address:** 209.166.115.248 2007-12-04 18:25:19 EST |
| **Doe # 13** | **IP Address:** 209.166.115.44 2007-11-29 06:38:23 EST |
| **Doe # 14** | **IP Address:** 209.166.115.53 2007-12-13 12:52:26 EST |
| **Doe # 15** | **IP Address:** 209.166.116.118 2007-10-27 18:23:24 EDT |
| **Doe # 16** | **IP Address:** 209.166.116.13 2007-12-11 14:14:05 EST |
| **Doe # 17** | **IP Address:** 209.166.116.200 2007-11-19 04:34:27 EST |
| **Doe # 18** | **IP Address:** 209.166.116.245 2007-11-28 10:37:29 EST |
| **Doe # 19** | **IP Address:** 209.166.116.42 2007-12-02 19:17:37 EST |
| **Doe # 20** | **IP Address:** 209.166.116.47 2007-12-17 18:42:48 EST |

| | |
|---|---|
| **Doe # 21** | **IP Address:** 209.166.116.62 2007-11-08 16:55:17 EST |
| **Doe # 22** | **IP Address:** 209.166.117.108 2007-10-20 08:45:59 EDT |

# EXHIBIT A

**IP Address:** 209.166.115.44 2007-11-29 06:38:23 EST

**CASE ID#** 149627695

**P2P Network:** AresWarezUS

**Total Audio Files:** 121

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | SWV | Weak | It's About Time | 146-905 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| UMG Recordings, Inc. | Gwen Stefani | Crash | Love.Angel.Music.Baby. | 364-759 |
| UMG Recordings, Inc. | Dru Hill | In My Bed | Dru Hill | 227-760 |
| Interscope Records | Mya | Case Of The Ex | Fear Of Flying | 279-309 |
| BMG Music | Christina Aguilera | The Voice Within | Stripped | 326-219 |
| Atlantic Recording Corporation | Lil Kim | Magic Stick | Bella Mafia | 351-071 |
| UMG Recordings, Inc. | 112 | My Mistakes | Pleasure & Pain | 370-035 |
| Interscope Records | Eminem | Superman | Eminem Show | 317-924 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | The Way You Make Me Feel | Bad | 84-256 |

# EXHIBIT A

**IP Address:** 209.166.113.114 2007-11-26 11:02:38 EST **CASE ID#** 149125105

**P2P Network:** GnutellaUS **Total Audio Files:** 425

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | Santana | Smooth | Supernatural | 289-833 |
| BMG Music | Lonestar | Amazed | Lonely Grill | 187-003 |
| Maverick Recording Company | Story of the Year | Until the Day I Die | Page Avenue | 340-938 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | I'm Real | J.To Tha L-O!: The Remixes | 309-337 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | Have You Ever Been in Love | A New Day Has Come | 311-366 |
| SONY BMG MUSIC ENTERTAINMENT | Audioslave | Like a Stone | Audioslave | 322-103 |
| BMG Music | Kelly Clarkson | Where Is Your Heart | Breakaway | 352-147 |
| BMG Music | Kenny Chesney | The Good Stuff | No Shoes, No Shirt, No Problem | 308-547 |
| BMG Music | Kenny Chesney | Back Where I Come From | Me And You | 188-603 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Landslide | Home | 314-722 |

# EXHIBIT A

**IP Address:** 209.166.113.12 2007-12-16 17:35:23 EST **CASE ID#** 152083403

**P2P Network:** GnutellaUS **Total Audio Files:** 95

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Lava Records LLC | Simple Plan | Addicted | No Pads, No Helmets…Just Balls | 351-060 |
| Elektra Entertainment Group Inc. | Jet | Are You Gonna Be My Girl | Get Born | 343-668 |
| UMG Recordings, Inc. | Gwen Stefani | Hollaback Girl | Love.Angel.Music.Baby. | 364-759 |
| Zomba Recording LLC | Justin Timberlake | Rock Your Body | Justified | 319-834 |
| BMG Music | Brad Paisley | Alcohol | Time Well Wasted | 366-007 |
| BMG Music | Lit | My Own Worst Enemy | A Place in the Sun | 264-272 |
| UMG Recordings, Inc. | Weezer | Beverly Hills | Beverly Hills (single) | 377-899 |
| Arista Records LLC | Dido | Thank You | No Angel | 289-904 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Landslide | Home | 314-722 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | Piano Man | Piano Man | N12214 |

# EXHIBIT A

**IP Address:** 209.166.113.250 2007-12-02 10:07:17 EST

**CASE ID#** 150152502

**P2P Network:** GnutellaUS

**Total Audio Files:** 188

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Missy Elliott | Gossip Folks | Under Construction | 345-855 |
| UMG Recordings, Inc. | Nelly Furtado | Promiscuous | Promiscuous (single) | 391-618 |
| Interscope Records | Eminem | When the Music Stops | Eminem Show | 317-924 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Hate Me Now | I Am | 175-149 |
| UMG Recordings, Inc. | Young Buck | Shorty Wanna Ride | Straight Outta Ca$hville | 361-656 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | One Love | Illmatic | 207-177 |
| BMG Music | Kelly Clarkson | Because Of You | Breakaway | 352-147 |

# EXHIBIT A

**IP Address:** 209.166.113.36 2007-12-13 21:32:38 EST

**CASE ID#** 151715399

**P2P Network:** GnutellaUS

**Total Audio Files:** 144

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Zomba Recording LLC | Justin Timberlake | Senorita | Justified | 319-834 |
| BMG Music | Kelly Clarkson | Walk Away | Breakaway | 352-147 |
| BMG Music | Brad Paisley | Little Moments | Mud on the Tires | 336-114 |
| BMG Music | Brad Paisley | Alcohol | Time Well Wasted | 366-007 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Thank God I Found You | Rainbow | 276-595 |
| UMG Recordings, Inc. | Sisqo | Thong Song | Unleash The Dragon | 277-984 |
| Arista Records LLC | Brad Paisley | I'm Gonna Miss Her | Part II | 298-930 |
| Arista Records LLC | Whitney Houston | All at Once | Whitney Houston | 60-716 |
| UMG Recordings, Inc. | Papa Roach | Scars | Getting Away With Murder | 360-567 |
| UMG Recordings, Inc. | Mya | You | Moodring | 338-694 |

# EXHIBIT A

**IP Address:** 209.166.113.93 2007-11-15 05:58:06 EST

**CASE ID#** 147920241

**P2P Network:** AresWarezUS

**Total Audio Files:** 415

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Question! | Mezmerize | 372-792 |
| Zomba Recording LLC | Bowling for Soup | Girl All the Bad Guys Want | Drunk Enough to Dance | 315-978 |
| Capitol Records, Inc. | Marcy Playground | Sex and Candy | Marcy Playground | 240-954 |
| BMG Music | Foo Fighters | Learn To Fly | There Is Nothing Left To Lose | 285-034 |
| Interscope Records | Nine Inch Nails | Closer | The Downward Spiral | 190-639 |
| Warner Bros. Records Inc. | Avenged Sevenfold | Bat Country | City Of Evil | 374-368 |
| UMG Recordings, Inc. | The Pussycat Dolls | Buttons | PCD | 377-102 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Thriller | Thriller | 41-965 |
| Maverick Recording Company | Story of the Year | Anthem of Our Dying Day | Page Avenue | 340-938 |
| Warner Bros. Records Inc. | ZZ Top | Cheap Sunglasses | Deguello | 13-884 |

# EXHIBIT A

**IP Address:** 209.166.115.120 2007-12-17 04:07:21 EST

**CASE ID#** 152138390

**P2P Network:** AresWarezUS

**Total Audio Files:** 135

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Gwen Stefani | Luxurious | Love.Angel.Music.Baby. | 364-759 |
| BMG Music | SWV | Weak | It's About Time | 146-905 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| UMG Recordings, Inc. | Dru Hill | In My Bed | Dru Hill | 227-760 |
| Interscope Records | Mya | Case Of The Ex | Fear Of Flying | 279-309 |
| BMG Music | Christina Aguilera | The Voice Within | Stripped | 326-219 |
| UMG Recordings, Inc. | Black Eyed Peas | Dum Diddly | Monkey Business | 378-166 |
| Atlantic Recording Corporation | Lil Kim | Magic Stick | Bella Mafia | 351-071 |
| UMG Recordings, Inc. | 112 | My Mistakes | Pleasure & Pain | 370-035 |
| Interscope Records | Eminem | Superman | Eminem Show | 317-924 |

# EXHIBIT A

**IP Address:** 209.166.115.181 2007-12-02 01:38:22 EST

**CASE ID#** 150093191

**P2P Network:** AresWarezUS

**Total Audio Files:** 135

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| UMG Recordings, Inc. | Dru Hill | In My Bed | Dru Hill | 227-760 |
| Interscope Records | Mya | Case Of The Ex | Fear Of Flying | 279-309 |
| BMG Music | Christina Aguilera | The Voice Within | Stripped | 326-219 |
| Atlantic Recording Corporation | Lil Kim | Magic Stick | Bella Mafia | 351-071 |
| UMG Recordings, Inc. | 112 | My Mistakes | Pleasure & Pain | 370-035 |
| Interscope Records | Eminem | Superman | Eminem Show | 317-924 |

# EXHIBIT A

**IP Address:** 209.166.115.186 2007-12-08 01:46:57 EST

**CASE ID#** 150945071

**P2P Network:** AresWarezUS

**Total Audio Files:** 135

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Gwen Stefani | Luxurious | Love.Angel.Music.Baby. | 364-759 |
| BMG Music | SWV | Weak | It's About Time | 146-905 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| UMG Recordings, Inc. | Dru Hill | In My Bed | Dru Hill | 227-760 |
| Interscope Records | Mya | Case Of The Ex | Fear Of Flying | 279-309 |
| BMG Music | Christina Aguilera | The Voice Within | Stripped | 326-219 |
| UMG Recordings, Inc. | Black Eyed Peas | Dum Diddly | Monkey Business | 378-166 |
| Atlantic Recording Corporation | Lil Kim | Magic Stick | Bella Mafia | 351-071 |
| UMG Recordings, Inc. | 112 | My Mistakes | Pleasure & Pain | 370-035 |
| Interscope Records | Eminem | Superman | Eminem Show | 317-924 |

# EXHIBIT A

**IP Address:** 209.166.115.194 2007-11-19 01:20:42 EST

**CASE ID#** 148329996

**P2P Network:** AresWarezUS

**Total Audio Files:** 753

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Ludacris | Intro | The Red Light District | 364-863 |
| Atlantic Recording Corporation | Craig David | 7 Days | Born To Do It | 303-747 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | One Mic | Stillmatic | 305-698 |
| BMG Music | Cassidy | 6 Minutes | I'm A Hustla | 377-767 |
| UMG Recordings, Inc. | Jadakiss | Kiss of Death | Kiss of Death | 356-267 |
| LaFace Records LLC | Usher | Nice and Slow | My Way | 257-730 |
| BMG Music | Mario | 2 Train | Mario | 318-136 |
| Atlantic Recording Corporation | Lil Kim | Magic Stick | Bella Mafia | 351-071 |

# EXHIBIT A

**IP Address:** 209.166.115.239 2007-11-22 09:14:13 EST

**CASE ID#** 148693475

**P2P Network:** GnutellaUS

**Total Audio Files:** 1227

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Billie Jean | Thriller | 41-965 |
| Warner Bros. Records Inc. | Green Day | American Idiot | American Idiot | 362-125 |
| SONY BMG MUSIC ENTERTAINMENT | Frankie J | How To Deal | The One | 377-949 |
| Capitol Records, Inc. | Beastie Boys | Sabotage | Ill Communication | 213-461 |
| UMG Recordings, Inc. | U2 | Sunday Bloody Sunday | Under A Blood Red Sky | 49-959 |
| Atlantic Recording Corporation | Genesis | That's All | Genesis | 49-248 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Daughters | Daughters (single) | 405-307 |
| SONY BMG MUSIC ENTERTAINMENT | Marvin Gaye | Sexual Healing | Sexual Healing (single) | 38-850 |
| Arista Records LLC | Alan Jackson | Mercury Blues | Lot About Livin' (And a Little 'bout Love) | 147-716 |
| BMG Music | NSYNC | God Must Have Spent A Little More Time on You | *NSYNC | 252-748 |

# EXHIBIT A

**IP Address:** 209.166.115.240 2007-11-07 18:49:24 EST

**CASE ID#** 147265853

**P2P Network:** GnutellaUS

**Total Audio Files:** 298

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | The Bangles | Walk Like An Egyptian | Different Light | 68-534 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Breakdown | Butterfly | 244-014 |
| BMG Music | Kenny Chesney | Summertime | The Road and the Radio | 383-449 |
| UMG Recordings, Inc. | Kanye West | Jesus Walks | College Dropout | 347-391 |
| SONY BMG MUSIC ENTERTAINMENT | Wham | Wake Me Up Before You Go-Go | Wake Me Up Before You Go-Go (single) | 57-557 |
| UMG Recordings, Inc. | Bon Jovi | Livin' on a Prayer | Slippery When Wet | 71-794 |
| Loud Records LLC | Wu-Tang Clan | Gravel Pit | The W | 298-336 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Give It Away | Blood Sugar Sex Magik | 135-276 |
| BMG Music | Kenny Chesney | Back Where I Come From | Me And You | 188-603 |
| UMG Recordings, Inc. | Akon | Ghetto | Trouble | 361-456 |

# EXHIBIT A

**IP Address:** 209.166.115.248 2007-12-04 18:25:19 EST

**CASE ID#** 150487944

**P2P Network:** AresWarezUS

**Total Audio Files:** 752

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Ludacris | Intro | The Red Light District | 364-863 |
| Atlantic Recording Corporation | Lil Kim | Magic Stick | Bella Mafia | 351-071 |
| UMG Recordings, Inc. | Kanye West | Hey Mama | Late Registration | 372-867 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Soldier | Destiny Fulfilled | 363-786 |
| Zomba Recording LLC | J-Kwon | Tipsy | Hood Hop | 354-780 |
| UMG Recordings, Inc. | Kanye West | Intro | College Dropout | 347-391 |
| UMG Recordings, Inc. | G-Unit | G-Unit | Beg For Mercy | 337-759 |
| UMG Recordings, Inc. | Nelly | My Place | Flap Your Wings (single) | 360-664 |
| Atlantic Recording Corporation | Craig David | 7 Days | Born To Do It | 303-747 |
| UMG Recordings, Inc. | Jay-Z | What More Can I Say | The Black Album | 337-758 |

# EXHIBIT A

**IP Address:** 209.166.115.44 2007-11-29 06:38:23 EST

**CASE ID#** 149627695

**P2P Network:** AresWarezUS

**Total Audio Files:** 121

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | SWV | Weak | It's About Time | 146-905 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| UMG Recordings, Inc. | Gwen Stefani | Crash | Love.Angel.Music.Baby. | 364-759 |
| UMG Recordings, Inc. | Dru Hill | In My Bed | Dru Hill | 227-760 |
| Interscope Records | Mya | Case Of The Ex | Fear Of Flying | 279-309 |
| BMG Music | Christina Aguilera | The Voice Within | Stripped | 326-219 |
| Atlantic Recording Corporation | Lil Kim | Magic Stick | Bella Mafia | 351-071 |
| UMG Recordings, Inc. | 112 | My Mistakes | Pleasure & Pain | 370-035 |
| Interscope Records | Eminem | Superman | Eminem Show | 317-924 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | The Way You Make Me Feel | Bad | 84-256 |

# EXHIBIT A

**IP Address:** 209.166.115.53 2007-12-13 12:52:26 EST

**CASE ID#** 151657707

**P2P Network:** GnutellaUS

**Total Audio Files:** 297

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Wham | Wake Me Up Before You Go-Go | Wake Me Up Before You Go-Go (single) | 57-557 |
| SONY BMG MUSIC ENTERTAINMENT | The Bangles | Walk Like An Egyptian | Different Light | 68-534 |
| UMG Recordings, Inc. | Bloodhound Gang | I Hope You Die | Hooray For Boobies | 278-185 |
| UMG Recordings, Inc. | Kanye West | Late | Late Registration | 372-867 |
| UMG Recordings, Inc. | 50 Cent | Outta Control | The Massacre | 366-051 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Breakdown | Butterfly | 244-014 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Give It Away | Blood Sugar Sex Magik | 135-276 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Tear | By The Way | 316-878 |
| Loud Records LLC | Wu-Tang Clan | Gravel Pit | The W | 298-336 |
| BMG Music | John Denver | Thank God I'm a Country Boy | Back Home Again | 46-358 |

# EXHIBIT A

**IP Address:** 209.166.116.118 2007-10-27 18:23:24 EDT

**CASE ID#** 146214434

**P2P Network:** AresWarezUS

**Total Audio Files:** 238

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Goo Goo Dolls | Name | A Boy Named Goo | 193-623 |
| Interscope Records | No Doubt | Don't Speak | Tragic Kingdom | 206-724 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | The Warmth | Make Yourself | 278-818 |
| UMG Recordings, Inc. | Kanye West | Jesus Walks | College Dropout | 347-391 |
| Warner Bros. Records Inc. | Avenged Sevenfold | Burn It Down | City Of Evil | 374-368 |
| UMG Recordings, Inc. | Kanye West | Gold Digger | Gold Digger (single) | 377-885 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | A Certain Shade of Green | SCIENCE | 249-690 |
| Interscope Records | Eminem | Superman | Eminem Show | 317-924 |
| UMG Recordings, Inc. | Styx | Blue Collar Man | Pieces Of Eight | 5-572 |

# EXHIBIT A

**IP Address:** 209.166.116.13 2007-12-11 14:14:05 EST

**CASE ID#** 151397616

**P2P Network:** GnutellaUS

**Total Audio Files:** 437

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Dave Matthews Band | Crash Into Me | Crash | 212-572 |
| BMG Music | Dave Matthews Band | Grey Street | Busted Stuff | 321-902 |
| Arista Records LLC | Dido | Here With Me | No Angel | 289-904 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Lyla | Don't Believe The Truth | 377-549 |
| UMG Recordings, Inc. | Kanye West | Drive Slow | Late Registration | 372-867 |
| UMG Recordings, Inc. | Rihanna | A Girl Like Me | A Girl Like Me | 387-137 |
| Virgin Records America, Inc. | Spice Girls | Say You'll Be There | Spice | 201-276 |
| UMG Recordings, Inc. | Akon | Ghetto | Trouble | 361-456 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Champagne Supernova | (What's The Story) Morning Glory | 289-141 |

# EXHIBIT A

**IP Address:** 209.166.116.200 2007-11-19 04:34:27 EST

**CASE ID#** 148344721

**P2P Network:** GnutellaUS

**Total Audio Files:** 372

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Dave Matthews Band | The Space Between | Everyday | 300-313 |
| UMG Recordings, Inc. | Tom Petty | Refugee | Damn The Torpedoes | 14-497 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Why Georgia | Room for Squares | 305-049 |
| UMG Recordings, Inc. | Tom Petty | I Won't Back Down | Full Moon Fever | 103-541 |
| LaFace Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| UMG Recordings, Inc. | Sheryl Crow | All I Wanna Do | Scenes From The Tuesday Night Music Club | 175-406 |
| Warner Bros. Records Inc. | The Used | Bulimic | The Used | 314-399 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Beat It | Thriller | 41-965 |
| Atlantic Recording Corporation | Jewel | Angel Standing By | Pieces of You | 198-481 |

# EXHIBIT A

**IP Address:** 209.166.116.245 2007-11-28 10:37:29 EST

**CASE ID#** 149493933

**P2P Network:** GnutellaUS

**Total Audio Files:** 593

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Goo Goo Dolls | Name | A Boy Named Goo | 193-623 |
| BMG Music | Kenny Chesney | Keg in the Closet | When The Sun Goes Down | 341-104 |
| Interscope Records | Eminem | Stan | The Marshall Mathers LP | 287-944 |
| Elektra Entertainment Group Inc. | Eagles | Take It to the Limit | One of These Nights | N28687 |
| UMG Recordings, Inc. | Nelly Furtado | Say It Right | Loose | 387-509 |
| UMG Recordings, Inc. | Nelly | Over and Over | Suit | 358-551 |
| BMG Music | Clay Aiken | This Is the Night | Measure of a Man | 342-295 |
| Capitol Records, Inc. | Yellowcard | Only One | Ocean Avenue | 343-413 |
| UMG Recordings, Inc. | Nirvana | Come As You Are | Nevermind | 135-335 |

# EXHIBIT A

**IP Address:** 209.166.116.42 2007-12-02 19:17:37 EST

**CASE ID#** 150220609

**P2P Network:** GnutellaUS

**Total Audio Files:** 417

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Jay-Z | Song Cry | The Blueprint | 301-441 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Liberian Girl | Bad | 84-256 |
| UMG Recordings, Inc. | 112 | My Mistakes | Pleasure & Pain | 370-035 |
| UMG Recordings, Inc. | 50 Cent | High All the Time | Get Rich Or Die Tryin' | 337-801 |
| UMG Recordings, Inc. | Kanye West | Spaceship | College Dropout | 347-391 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Remember The Time | Dangerous | 178-165 |
| UMG Recordings, Inc. | Sisqo | Incomplete | Unleash The Dragon | 277-984 |
| UMG Recordings, Inc. | Jay-Z | Watch Me | Life and Times of S. Carter, Vol. 3 | 279-270 |
| Zomba Recording LLC | J-Kwon | Tipsy | Hood Hop | 354-780 |
| Atlantic Recording Corporation | Lil Kim | Magic Stick | Bella Mafia | 351-071 |

# EXHIBIT A

**IP Address:** 209.166.116.47 2007-12-17 18:42:48 EST **CASE ID#** 152216740

**P2P Network:** AresWarezUS **Total Audio Files:** 460

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Interscope Records | Eminem | Mockingbird | Encore | 364-769 |
| Interscope Records | Eminem | The Way I Am | The Marshall Mathers LP | 287-944 |
| Atlantic Recording Corporation | Sean Paul | Get Busy | Dutty Rock | 352-634 |
| Warner Bros. Records Inc. | Linkin Park | Numb | Meteora | 346-247 |
| Atlantic Recording Corporation | Twista | Overnight Celebrity | Kamikaze | 360-486 |
| UMG Recordings, Inc. | Joe Budden | Focus | Joe Budden | 334-117 |
| Elektra Entertainment Group Inc. | Busta Rhymes | Dangerous | When Disaster Strikes | 258-724 |
| SONY BMG MUSIC ENTERTAINMENT | Ginuwine | Differences | The Life | 296-962 |
| UMG Recordings, Inc. | Akon | Ghetto | Trouble | 361-456 |
| UMG Recordings, Inc. | Avant | Phone Sex (That's What's Up) | Private Room | 339-561 |

# EXHIBIT A

**IP Address:** 209.166.116.62 2007-11-08 16:55:17 EST

**CASE ID#** 147308960

**P2P Network:** AresWarezUS

**Total Audio Files:** 190

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | ZZ Top | Tube Snake Boogie | El Loco | 28-347 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Dancing In The Dark | Dancing in the Dark (single) | 55-658 |
| Warner Bros. Records Inc. | ZZ Top | Cheap Sunglasses | Deguello | 13-884 |
| SONY BMG MUSIC ENTERTAINMENT | Cheap Trick | The Flame | Lap Of Luxury | 92-100 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Streets of Philadelphia | Greatest Hits | 198-948 |
| SONY BMG MUSIC ENTERTAINMENT | Cheap Trick | Dream Police | Dream Police (single) | 13-448 |
| Capitol Records, Inc. | Tina Turner | The Best | Foreign Affair | 107-731 |
| UMG Recordings, Inc. | Scorpions | Wind of Change | Crazy World | 134-531 |
| Warner Bros. Records Inc. | ZZ Top | Legs | Eliminator | 45-132 |

# EXHIBIT A

**IP Address:** 209.166.117.108 2007-10-20 08:45:59 EDT

**CASE ID#** 145530143

**P2P Network:** GnutellaUS

**Total Audio Files:** 366

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Counting Crows | Colorblind | This Desert Life | 271-316 |
| UMG Recordings, Inc. | Kanye West | Roses | Late Registration | 372-867 |
| UMG Recordings, Inc. | Mariah Carey | Your Girl | The Emancipation of Mimi | 370-795 |
| BMG Music | Christina Aguilera | Walk Away | Stripped | 326-219 |
| Zomba Recording LLC | Eamon | Fuck It (I Don't Want You Back) | I Don't Want You Back | 346-788 |
| Warner Bros. Records Inc. | My Chemical Romance | Helena | Three Cheers for Sweet Revenge | 360-197 |
| BMG Music | Alicia Keys | Fallin' | Songs in A Minor | 299-410 |
| UMG Recordings, Inc. | Black Eyed Peas | My Humps | Monkey Business | 378-166 |

# EXHIBIT A

**IP Address:** 209.166.113.114 2007-11-26 11:02:38 EST **CASE ID#** 149125105

**P2P Network:** GnutellaUS **Total Audio Files:** 425

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | Santana | Smooth | Supernatural | 289-833 |
| BMG Music | Lonestar | Amazed | Lonely Grill | 187-003 |
| Maverick Recording Company | Story of the Year | Until the Day I Die | Page Avenue | 340-938 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | I'm Real | J.To Tha L-O!: The Remixes | 309-337 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | Have You Ever Been in Love | A New Day Has Come | 311-366 |
| SONY BMG MUSIC ENTERTAINMENT | Audioslave | Like a Stone | Audioslave | 322-103 |
| BMG Music | Kelly Clarkson | Where Is Your Heart | Breakaway | 352-147 |
| BMG Music | Kenny Chesney | The Good Stuff | No Shoes, No Shirt, No Problem | 308-547 |
| BMG Music | Kenny Chesney | Back Where I Come From | Me And You | 188-603 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Landslide | Home | 314-722 |

# EXHIBIT A

**IP Address:** 209.166.113.12 2007-12-16 17:35:23 EST **CASE ID#** 152083403

**P2P Network:** GnutellaUS **Total Audio Files:** 95

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Lava Records LLC | Simple Plan | Addicted | No Pads, No Helmets…Just Balls | 351-060 |
| Elektra Entertainment Group Inc. | Jet | Are You Gonna Be My Girl | Get Born | 343-668 |
| UMG Recordings, Inc. | Gwen Stefani | Hollaback Girl | Love.Angel.Music.Baby. | 364-759 |
| Zomba Recording LLC | Justin Timberlake | Rock Your Body | Justified | 319-834 |
| BMG Music | Brad Paisley | Alcohol | Time Well Wasted | 366-007 |
| BMG Music | Lit | My Own Worst Enemy | A Place in the Sun | 264-272 |
| UMG Recordings, Inc. | Weezer | Beverly Hills | Beverly Hills (single) | 377-899 |
| Arista Records LLC | Dido | Thank You | No Angel | 289-904 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Landslide | Home | 314-722 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | Piano Man | Piano Man | N12214 |

# EXHIBIT A

**IP Address:** 209.166.113.250 2007-12-02 10:07:17 EST

**CASE ID#** 150152502

**P2P Network:** GnutellaUS

**Total Audio Files:** 188

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Missy Elliott | Gossip Folks | Under Construction | 345-855 |
| UMG Recordings, Inc. | Nelly Furtado | Promiscuous | Promiscuous (single) | 391-618 |
| Interscope Records | Eminem | When the Music Stops | Eminem Show | 317-924 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Hate Me Now | I Am | 175-149 |
| UMG Recordings, Inc. | Young Buck | Shorty Wanna Ride | Straight Outta Ca$hville | 361-656 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | One Love | Illmatic | 207-177 |
| BMG Music | Kelly Clarkson | Because Of You | Breakaway | 352-147 |

# EXHIBIT A

**IP Address:** 209.166.113.36 2007-12-13 21:32:38 EST

**CASE ID#** 151715399

**P2P Network:** GnutellaUS

**Total Audio Files:** 144

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Zomba Recording LLC | Justin Timberlake | Senorita | Justified | 319-834 |
| BMG Music | Kelly Clarkson | Walk Away | Breakaway | 352-147 |
| BMG Music | Brad Paisley | Little Moments | Mud on the Tires | 336-114 |
| BMG Music | Brad Paisley | Alcohol | Time Well Wasted | 366-007 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Thank God I Found You | Rainbow | 276-595 |
| UMG Recordings, Inc. | Sisqo | Thong Song | Unleash The Dragon | 277-984 |
| Arista Records LLC | Brad Paisley | I'm Gonna Miss Her | Part II | 298-930 |
| Arista Records LLC | Whitney Houston | All at Once | Whitney Houston | 60-716 |
| UMG Recordings, Inc. | Papa Roach | Scars | Getting Away With Murder | 360-567 |
| UMG Recordings, Inc. | Mya | You | Moodring | 338-694 |

# EXHIBIT A

**IP Address:** 209.166.113.93 2007-11-15 05:58:06 EST **CASE ID#** 147920241

**P2P Network:** AresWarezUS **Total Audio Files:** 415

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Question! | Mezmerize | 372-792 |
| Zomba Recording LLC | Bowling for Soup | Girl All the Bad Guys Want | Drunk Enough to Dance | 315-978 |
| Capitol Records, Inc. | Marcy Playground | Sex and Candy | Marcy Playground | 240-954 |
| BMG Music | Foo Fighters | Learn To Fly | There Is Nothing Left To Lose | 285-034 |
| Interscope Records | Nine Inch Nails | Closer | The Downward Spiral | 190-639 |
| Warner Bros. Records Inc. | Avenged Sevenfold | Bat Country | City Of Evil | 374-368 |
| UMG Recordings, Inc. | The Pussycat Dolls | Buttons | PCD | 377-102 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Thriller | Thriller | 41-965 |
| Maverick Recording Company | Story of the Year | Anthem of Our Dying Day | Page Avenue | 340-938 |
| Warner Bros. Records Inc. | ZZ Top | Cheap Sunglasses | Deguello | 13-884 |

# EXHIBIT A

**IP Address:** 209.166.115.120 2007-12-17 04:07:21 EST

**CASE ID#** 152138390

**P2P Network:** AresWarezUS

**Total Audio Files:** 135

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Gwen Stefani | Luxurious | Love.Angel.Music.Baby. | 364-759 |
| BMG Music | SWV | Weak | It's About Time | 146-905 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| UMG Recordings, Inc. | Dru Hill | In My Bed | Dru Hill | 227-760 |
| Interscope Records | Mya | Case Of The Ex | Fear Of Flying | 279-309 |
| BMG Music | Christina Aguilera | The Voice Within | Stripped | 326-219 |
| UMG Recordings, Inc. | Black Eyed Peas | Dum Diddly | Monkey Business | 378-166 |
| Atlantic Recording Corporation | Lil Kim | Magic Stick | Bella Mafia | 351-071 |
| UMG Recordings, Inc. | 112 | My Mistakes | Pleasure & Pain | 370-035 |
| Interscope Records | Eminem | Superman | Eminem Show | 317-924 |

# EXHIBIT A

**IP Address:** 209.166.115.181 2007-12-02 01:38:22 EST

**CASE ID#** 150093191

**P2P Network:** AresWarezUS

**Total Audio Files:** 135

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| UMG Recordings, Inc. | Dru Hill | In My Bed | Dru Hill | 227-760 |
| Interscope Records | Mya | Case Of The Ex | Fear Of Flying | 279-309 |
| BMG Music | Christina Aguilera | The Voice Within | Stripped | 326-219 |
| Atlantic Recording Corporation | Lil Kim | Magic Stick | Bella Mafia | 351-071 |
| UMG Recordings, Inc. | 112 | My Mistakes | Pleasure & Pain | 370-035 |
| Interscope Records | Eminem | Superman | Eminem Show | 317-924 |

# EXHIBIT A

**IP Address:** 209.166.115.186 2007-12-08 01:46:57 EST

**CASE ID#** 150945071

**P2P Network:** AresWarezUS

**Total Audio Files:** 135

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Gwen Stefani | Luxurious | Love.Angel.Music.Baby. | 364-759 |
| BMG Music | SWV | Weak | It's About Time | 146-905 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| UMG Recordings, Inc. | Dru Hill | In My Bed | Dru Hill | 227-760 |
| Interscope Records | Mya | Case Of The Ex | Fear Of Flying | 279-309 |
| BMG Music | Christina Aguilera | The Voice Within | Stripped | 326-219 |
| UMG Recordings, Inc. | Black Eyed Peas | Dum Diddly | Monkey Business | 378-166 |
| Atlantic Recording Corporation | Lil Kim | Magic Stick | Bella Mafia | 351-071 |
| UMG Recordings, Inc. | 112 | My Mistakes | Pleasure & Pain | 370-035 |
| Interscope Records | Eminem | Superman | Eminem Show | 317-924 |

## EXHIBIT A

**IP Address:** 209.166.115.194 2007-11-19 01:20:42 EST

**CASE ID#** 148329996

**P2P Network:** AresWarezUS

**Total Audio Files:** 753

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Ludacris | Intro | The Red Light District | 364-863 |
| Atlantic Recording Corporation | Craig David | 7 Days | Born To Do It | 303-747 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | One Mic | Stillmatic | 305-698 |
| BMG Music | Cassidy | 6 Minutes | I'm A Hustla | 377-767 |
| UMG Recordings, Inc. | Jadakiss | Kiss of Death | Kiss of Death | 356-267 |
| LaFace Records LLC | Usher | Nice and Slow | My Way | 257-730 |
| BMG Music | Mario | 2 Train | Mario | 318-136 |
| Atlantic Recording Corporation | Lil Kim | Magic Stick | Bella Mafia | 351-071 |

# EXHIBIT A

**IP Address:** 209.166.115.239 2007-11-22 09:14:13 EST **CASE ID#** 148693475

**P2P Network:** GnutellaUS **Total Audio Files:** 1227

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Billie Jean | Thriller | 41-965 |
| Warner Bros. Records Inc. | Green Day | American Idiot | American Idiot | 362-125 |
| SONY BMG MUSIC ENTERTAINMENT | Frankie J | How To Deal | The One | 377-949 |
| Capitol Records, Inc. | Beastie Boys | Sabotage | Ill Communication | 213-461 |
| UMG Recordings, Inc. | U2 | Sunday Bloody Sunday | Under A Blood Red Sky | 49-959 |
| Atlantic Recording Corporation | Genesis | That's All | Genesis | 49-248 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Daughters | Daughters (single) | 405-307 |
| SONY BMG MUSIC ENTERTAINMENT | Marvin Gaye | Sexual Healing | Sexual Healing (single) | 38-850 |
| Arista Records LLC | Alan Jackson | Mercury Blues | Lot About Livin' (And a Little 'bout Love) | 147-716 |
| BMG Music | NSYNC | God Must Have Spent A Little More Time on You | *NSYNC | 252-748 |

# EXHIBIT A

**IP Address:** 209.166.115.240 2007-11-07 18:49:24 EST **CASE ID#** 147265853

**P2P Network:** GnutellaUS **Total Audio Files:** 298

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | The Bangles | Walk Like An Egyptian | Different Light | 68-534 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Breakdown | Butterfly | 244-014 |
| BMG Music | Kenny Chesney | Summertime | The Road and the Radio | 383-449 |
| UMG Recordings, Inc. | Kanye West | Jesus Walks | College Dropout | 347-391 |
| SONY BMG MUSIC ENTERTAINMENT | Wham | Wake Me Up Before You Go-Go | Wake Me Up Before You Go-Go (single) | 57-557 |
| UMG Recordings, Inc. | Bon Jovi | Livin' on a Prayer | Slippery When Wet | 71-794 |
| Loud Records LLC | Wu-Tang Clan | Gravel Pit | The W | 298-336 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Give It Away | Blood Sugar Sex Magik | 135-276 |
| BMG Music | Kenny Chesney | Back Where I Come From | Me And You | 188-603 |
| UMG Recordings, Inc. | Akon | Ghetto | Trouble | 361-456 |

# EXHIBIT A

**IP Address:** 209.166.115.248 2007-12-04 18:25:19 EST **CASE ID#** 150487944

**P2P Network:** AresWarezUS **Total Audio Files:** 752

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Ludacris | Intro | The Red Light District | 364-863 |
| Atlantic Recording Corporation | Lil Kim | Magic Stick | Bella Mafia | 351-071 |
| UMG Recordings, Inc. | Kanye West | Hey Mama | Late Registration | 372-867 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Soldier | Destiny Fulfilled | 363-786 |
| Zomba Recording LLC | J-Kwon | Tipsy | Hood Hop | 354-780 |
| UMG Recordings, Inc. | Kanye West | Intro | College Dropout | 347-391 |
| UMG Recordings, Inc. | G-Unit | G-Unit | Beg For Mercy | 337-759 |
| UMG Recordings, Inc. | Nelly | My Place | Flap Your Wings (single) | 360-664 |
| Atlantic Recording Corporation | Craig David | 7 Days | Born To Do It | 303-747 |
| UMG Recordings, Inc. | Jay-Z | What More Can I Say | The Black Album | 337-758 |

# EXHIBIT A

**IP Address:** 209.166.115.44 2007-11-29 06:38:23 EST

**CASE ID#** 149627695

**P2P Network:** AresWarezUS

**Total Audio Files:** 121

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | SWV | Weak | It's About Time | 146-905 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| UMG Recordings, Inc. | Gwen Stefani | Crash | Love.Angel.Music.Baby. | 364-759 |
| UMG Recordings, Inc. | Dru Hill | In My Bed | Dru Hill | 227-760 |
| Interscope Records | Mya | Case Of The Ex | Fear Of Flying | 279-309 |
| BMG Music | Christina Aguilera | The Voice Within | Stripped | 326-219 |
| Atlantic Recording Corporation | Lil Kim | Magic Stick | Bella Mafia | 351-071 |
| UMG Recordings, Inc. | 112 | My Mistakes | Pleasure & Pain | 370-035 |
| Interscope Records | Eminem | Superman | Eminem Show | 317-924 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | The Way You Make Me Feel | Bad | 84-256 |

# EXHIBIT A

**IP Address:** 209.166.115.53 2007-12-13 12:52:26 EST **CASE ID#** 151657707

**P2P Network:** GnutellaUS **Total Audio Files:** 297

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Wham | Wake Me Up Before You Go-Go | Wake Me Up Before You Go-Go (single) | 57-557 |
| SONY BMG MUSIC ENTERTAINMENT | The Bangles | Walk Like An Egyptian | Different Light | 68-534 |
| UMG Recordings, Inc. | Bloodhound Gang | I Hope You Die | Hooray For Boobies | 278-185 |
| UMG Recordings, Inc. | Kanye West | Late | Late Registration | 372-867 |
| UMG Recordings, Inc. | 50 Cent | Outta Control | The Massacre | 366-051 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Breakdown | Butterfly | 244-014 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Give It Away | Blood Sugar Sex Magik | 135-276 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Tear | By The Way | 316-878 |
| Loud Records LLC | Wu-Tang Clan | Gravel Pit | The W | 298-336 |
| BMG Music | John Denver | Thank God I'm a Country Boy | Back Home Again | 46-358 |

# EXHIBIT A

**IP Address:** 209.166.116.118 2007-10-27 18:23:24 EDT

**CASE ID#** 146214434

**P2P Network:** AresWarezUS

**Total Audio Files:** 238

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Goo Goo Dolls | Name | A Boy Named Goo | 193-623 |
| Interscope Records | No Doubt | Don't Speak | Tragic Kingdom | 206-724 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | The Warmth | Make Yourself | 278-818 |
| UMG Recordings, Inc. | Kanye West | Jesus Walks | College Dropout | 347-391 |
| Warner Bros. Records Inc. | Avenged Sevenfold | Burn It Down | City Of Evil | 374-368 |
| UMG Recordings, Inc. | Kanye West | Gold Digger | Gold Digger (single) | 377-885 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | A Certain Shade of Green | SCIENCE | 249-690 |
| Interscope Records | Eminem | Superman | Eminem Show | 317-924 |
| UMG Recordings, Inc. | Styx | Blue Collar Man | Pieces Of Eight | 5-572 |

# EXHIBIT A

**IP Address:** 209.166.116.13 2007-12-11 14:14:05 EST **CASE ID#** 151397616

**P2P Network:** GnutellaUS **Total Audio Files:** 437

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Dave Matthews Band | Crash Into Me | Crash | 212-572 |
| BMG Music | Dave Matthews Band | Grey Street | Busted Stuff | 321-902 |
| Arista Records LLC | Dido | Here With Me | No Angel | 289-904 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Lyla | Don't Believe The Truth | 377-549 |
| UMG Recordings, Inc. | Kanye West | Drive Slow | Late Registration | 372-867 |
| UMG Recordings, Inc. | Rihanna | A Girl Like Me | A Girl Like Me | 387-137 |
| Virgin Records America, Inc. | Spice Girls | Say You'll Be There | Spice | 201-276 |
| UMG Recordings, Inc. | Akon | Ghetto | Trouble | 361-456 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Champagne Supernova | (What's The Story) Morning Glory | 289-141 |

# EXHIBIT A

**IP Address:** 209.166.116.200 2007-11-19 04:34:27 EST

**CASE ID#** 148344721

**P2P Network:** GnutellaUS

**Total Audio Files:** 372

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Dave Matthews Band | The Space Between | Everyday | 300-313 |
| UMG Recordings, Inc. | Tom Petty | Refugee | Damn The Torpedoes | 14-497 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Why Georgia | Room for Squares | 305-049 |
| UMG Recordings, Inc. | Tom Petty | I Won't Back Down | Full Moon Fever | 103-541 |
| LaFace Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| UMG Recordings, Inc. | Sheryl Crow | All I Wanna Do | Scenes From The Tuesday Night Music Club | 175-406 |
| Warner Bros. Records Inc. | The Used | Bulimic | The Used | 314-399 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Beat It | Thriller | 41-965 |
| Atlantic Recording Corporation | Jewel | Angel Standing By | Pieces of You | 198-481 |

# EXHIBIT A

**IP Address:** 209.166.116.245 2007-11-28 10:37:29 EST

**CASE ID#** 149493933

**P2P Network:** GnutellaUS

**Total Audio Files:** 593

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Goo Goo Dolls | Name | A Boy Named Goo | 193-623 |
| BMG Music | Kenny Chesney | Keg in the Closet | When The Sun Goes Down | 341-104 |
| Interscope Records | Eminem | Stan | The Marshall Mathers LP | 287-944 |
| Elektra Entertainment Group Inc. | Eagles | Take It to the Limit | One of These Nights | N28687 |
| UMG Recordings, Inc. | Nelly Furtado | Say It Right | Loose | 387-509 |
| UMG Recordings, Inc. | Nelly | Over and Over | Suit | 358-551 |
| BMG Music | Clay Aiken | This Is the Night | Measure of a Man | 342-295 |
| Capitol Records, Inc. | Yellowcard | Only One | Ocean Avenue | 343-413 |
| UMG Recordings, Inc. | Nirvana | Come As You Are | Nevermind | 135-335 |

# EXHIBIT A

**IP Address:** 209.166.116.42 2007-12-02 19:17:37 EST

**CASE ID#** 150220609

**P2P Network:** GnutellaUS

**Total Audio Files:** 417

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Jay-Z | Song Cry | The Blueprint | 301-441 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Liberian Girl | Bad | 84-256 |
| UMG Recordings, Inc. | 112 | My Mistakes | Pleasure & Pain | 370-035 |
| UMG Recordings, Inc. | 50 Cent | High All the Time | Get Rich Or Die Tryin' | 337-801 |
| UMG Recordings, Inc. | Kanye West | Spaceship | College Dropout | 347-391 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Remember The Time | Dangerous | 178-165 |
| UMG Recordings, Inc. | Sisqo | Incomplete | Unleash The Dragon | 277-984 |
| UMG Recordings, Inc. | Jay-Z | Watch Me | Life and Times of S. Carter, Vol. 3 | 279-270 |
| Zomba Recording LLC | J-Kwon | Tipsy | Hood Hop | 354-780 |
| Atlantic Recording Corporation | Lil Kim | Magic Stick | Bella Mafia | 351-071 |

# EXHIBIT A

**IP Address:** 209.166.116.47 2007-12-17 18:42:48 EST

**CASE ID#** 152216740

**P2P Network:** AresWarezUS

**Total Audio Files:** 460

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Interscope Records | Eminem | Mockingbird | Encore | 364-769 |
| Interscope Records | Eminem | The Way I Am | The Marshall Mathers LP | 287-944 |
| Atlantic Recording Corporation | Sean Paul | Get Busy | Dutty Rock | 352-634 |
| Warner Bros. Records Inc. | Linkin Park | Numb | Meteora | 346-247 |
| Atlantic Recording Corporation | Twista | Overnight Celebrity | Kamikaze | 360-486 |
| UMG Recordings, Inc. | Joe Budden | Focus | Joe Budden | 334-117 |
| Elektra Entertainment Group Inc. | Busta Rhymes | Dangerous | When Disaster Strikes | 258-724 |
| SONY BMG MUSIC ENTERTAINMENT | Ginuwine | Differences | The Life | 296-962 |
| UMG Recordings, Inc. | Akon | Ghetto | Trouble | 361-456 |
| UMG Recordings, Inc. | Avant | Phone Sex (That's What's Up) | Private Room | 339-561 |

# EXHIBIT A

**IP Address:** 209.166.116.62 2007-11-08 16:55:17 EST

**CASE ID#** 147308960

**P2P Network:** AresWarezUS

**Total Audio Files:** 190

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | ZZ Top | Tube Snake Boogie | El Loco | 28-347 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Dancing In The Dark | Dancing in the Dark (single) | 55-658 |
| Warner Bros. Records Inc. | ZZ Top | Cheap Sunglasses | Deguello | 13-884 |
| SONY BMG MUSIC ENTERTAINMENT | Cheap Trick | The Flame | Lap Of Luxury | 92-100 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Streets of Philadelphia | Greatest Hits | 198-948 |
| SONY BMG MUSIC ENTERTAINMENT | Cheap Trick | Dream Police | Dream Police (single) | 13-448 |
| Capitol Records, Inc. | Tina Turner | The Best | Foreign Affair | 107-731 |
| UMG Recordings, Inc. | Scorpions | Wind of Change | Crazy World | 134-531 |
| Warner Bros. Records Inc. | ZZ Top | Legs | Eliminator | 45-132 |

# EXHIBIT A

**IP Address:** 209.166.117.108 2007-10-20 08:45:59 EDT

**CASE ID#** 145530143

**P2P Network:** GnutellaUS

**Total Audio Files:** 366

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Counting Crows | Colorblind | This Desert Life | 271-316 |
| UMG Recordings, Inc. | Kanye West | Roses | Late Registration | 372-867 |
| UMG Recordings, Inc. | Mariah Carey | Your Girl | The Emancipation of Mimi | 370-795 |
| BMG Music | Christina Aguilera | Walk Away | Stripped | 326-219 |
| Zomba Recording LLC | Eamon | Fuck It (I Don't Want You Back) | I Don't Want You Back | 346-788 |
| Warner Bros. Records Inc. | My Chemical Romance | Helena | Three Cheers for Sweet Revenge | 360-197 |
| BMG Music | Alicia Keys | Fallin' | Songs in A Minor | 299-410 |
| UMG Recordings, Inc. | Black Eyed Peas | My Humps | Monkey Business | 378-166 |