UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; LAVA RECORDS LLC, a Delaware limited liability company; LOUD RECORDS LLC, a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and ZOMBA RECORDING LLC, a Delaware limited liability company, | CIVIL ACTION FILE<br><br>No. 1:08-cv-00066-S-DLM |
| Plaintiffs, | |
| v. | |
| DOES 1 - 22, | |
| Defendants. | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY**

Upon the Plaintiffs' Motion for Leave to Take Immediate Discovery, the Declaration of Carlos Linares, and the accompanying Memorandum of Law it is hereby:

ORDERED that Plaintiffs may serve immediate discovery on Apogee Telecommunications, Inc. to obtain the identity of each Doe Defendant by serving a Rule 45 subpoena that seeks documents that identify each Doe Defendant, including the name, current

(and permanent) addresses and telephone numbers, e-mail addresses, and Media Access Control addresses for each Defendant. The subpoena may also seek all documents and electronically-stored information relating to the assignment of any IP address which cannot link to a specific Doe Defendant. The Subpoena shall provide for production in the Western District of Texas where Apogee is headquartered and allow 30 days between the date of service of the Subpoena and the date for production of the documents sought in order that Rhode Island College may be afforded time to notify the student subscribers. The disclosure of this information is ordered pursuant of 20 U.S.C. §1232g (b)(2)(B).

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiff's in response to Rule 45 subpoena may be used by Plaintiff's solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

DATED: ______________________ By: __________________________
United States Magistrate Judge